

## CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700

November 21, 2019

Via ECF
Hon. Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

                          Re:    Dacosta v. Saul
                                         1:19 Civ 4590 (RWL)

Dear Judge Lehrburger:

      I am writing to request an extension of time, nunc pro tunc, in which to file Plaintiff's Proposed settlement letter in the above case. Plaintiff's papers were due to be shared with opposing counsel by October 30, 2019. This is plaintiff's first request for an extension of time.

      Regrettably, I failed to process the June 26, 2019 Supplemental Briefing Order, requiring plaintiff to file a proposed settlement letter within 30 days of the filing of the administrative transcript, on my calendar and am now three weeks behind. I am sorry to the Court and opposing counsel for this delay. With the kind consent opposing counsel, AUSA Leslie Ramirez, I respectfully request that Your Honor approve of the following revised schedule:

| Date | Filing |
|---|---|
| December 2, 2019 | Plaintiff's proposed settlement letter |
| January 3, 2020 | Stipulation of Remand or Joint No Settlement Letter |
| ~~February 3, 2020~~ Jan. 17, 2020 | Plaintiff's Motion for Judgment on the Pleadings |
| ~~April 3, 2020~~ Mar. 17, 2020 | Defendant's Motion for Judgment on the Pleadings |
| ~~April 24, 2019~~ Apr. 7, 2020 | Plaintiff's Reply |

Thank you for Your Honor's attention to this matter.

*Granted, as modified.*

                                                 Respectfully submitted,

**SO ORDERED:**
/s/ [signature] 11/21/19
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

                                                 */s/ Christopher J. Bowes*
                                                 Christopher J. Bowes
                                                 Attorney for Plaintiff

cc: AUSA Leslie Ramirez Fisher
Assistant U, S. Attorney
U.S. Attorney's Office for the SDNY
86 Chambers Street
New York, NY 10278
Attorney for Defendant