UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IRENE DACOSTA,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

19 CIVIL 4590 (RWL)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 16, 2020, that the decision of the Commissioner of Social Security is reversed and this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including an opportunity for a new hearing.

**Dated:** New York, New York
        January 17, 2020

                                          **RUBY J. KRAJICK**
                                             Clerk of Court
**BY:**
                                             **Deputy Clerk**